COURT OF APPEALS

                                                 SECOND
DISTRICT OF TEXAS

                                                                FORT
WORTH

 

 

                                        NO.
2-09-209-CV

 

 

DAH D. SUEN                                                                     APPELLANT

 

                                                   V.

 

BOYD, INC.                                                                           APPELLEE

 

                                              ------------

 

            FROM THE 17TH
DISTRICT COURT OF TARRANT COUNTY

 

                                              ------------

 

                                MEMORANDUM OPINION[1]

 

                                              ------------

Appellant Dah D. Suen attempts to appeal from the
trial court=s judgment signed March 9,
2009.  Because Appellant timely filed a
motion for new trial, his notice of appeal was due June 8, 2009, but the notice
of appeal was not filed until July 1, 2009, which was untimely.[2]








On July 14, 2009, we notified Appellant that his
appeal was subject to dismissal for want of jurisdiction unless, by July 24,
2009, he filed a response showing grounds for continuing the appeal.[3]  No response has been filed.  Accordingly, we dismiss this appeal for want
of jurisdiction.[4]

 

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and
WALKER, JJ.

DELIVERED:  August 31, 2009











[1]See Tex. R. App. P. 47.4.





[2]See Tex. R. App. P.
26.1(a)(1).





[3]See Tex. R. App. P. 42.3(a).





[4]See Tex. R. App. P. 42.3(a),
43.2(f).